April 08, 2018

United States Courts
Southern District of Texas
FILED

APR 10 2018

David J. Bradley, Clerk of Court

TO:  Case Manager Rhonda Moore
     United States District Court
     Southern District of Texas
     PO Box 61010
     Houston, TX 77002

FM:  Steven Jones
     07403-041
     Federal Detention Center
     PO Box 526255
     Houston, TX 77052

RE:  2nd Request for Document(s) & Notification Request, Case No. 4:14-CR-00020-1, USA v. Jones et al.

Dear Case Manager Moore:

On March 25, 2018, I sent a request asking for the following document(s) as found within the docket entry concerning the case for which I'm a Defendant; however, to date, I have not received a response. Can you please send me a copy of all document(s) found within the below listed docket entry numbers:

213 Sealed Event, Filed.
214 Statement of No Objections to PSR.
224 Response to Objections to PSR.
225 Objection to PSR.
233 Sealed Event, Filed.
234 Final Presentence Investigation Report.
235 Sealed Attachment to 234 Final PSR.
236 Ibid
237 Ibid
238 Confidential Sentencing Recommendation.
246 Sealed Event, filed (with attachments).
258 Sealed Event, Filed.
313 Second Sealed Addendum to 234 Final PSR.
315 Sealed Attachment to 234 Final PSR.
316 Third Sealed Addendum to 234 Final PSR.

Can you please add me to the distribution list so I will receive notification; and whatever document(s) are entered on the case docket?

Additionally, can you please advise if there is another method I should be using to obtain this information as I certainly do not want to burden you unnecessarily.

Thanking you in advance for your time and considerations concerning this matter.

Respectfully Requested:

*[signature]*
Steven Jones
Defendant

Steven Jones
07403-041
Federal Detention Center
PO Box 526255
Houston, TX 77052

United States Courts
Southern District of Texas
FILED
APR 10 2018
David J. Bradley, Clerk of Court

NORTH HOUSTON TX
09 APR 2018 PM 4 L

Case Manager Rhonda Moore
United States District Court
Southern District of Texas
PO Box 61010
Houston, TX 77002

77208-101010