| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION

| UNITED STATES OF AMERICA | NOTICE OF RESETTING |
|---|---|
| v. | 4:14cr20-1 |
| **STEVEN PATRICK JONES** | |

## You Are Directed To Appear Before:

### JUDGE NANCY JOHNSON
### Courtroom 700
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

### DATE : MAY 29, 2018 AT 2:00 P.M.

### Purpose of Proceeding

# MOTION HEARING

cc: AUSA - **JAY HILEMAN**

Defendant's Counsel- **JOHN R. TEAKELL**

U. S. Marshal

Interpreter-

Pretrial Officer:

**David Bradley, Clerk**

By Deputy   l   Shannon Jones          Date:   05.23.2018